1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                          EASTERN DISTRICT OF CALIFORNIA
9
JOSEPH MAHER,                          )      1:09cv01887 DLB
10                                     )
                    Plaintiff,         )      ORDER GRANTING
11                                     )      EXTENSION OF BRIEFING
                                       )      SCHEDULE
12                                     )      (Document 12)
                                       )
13            vs.                      )
                                       )
14   MICHAEL J. ASTRUE, Commissioner,  )
                                       )
15                  Defendant.         )
    _____)
16
          On June 3, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an
17
    extension of time to file his opening brief.  The parties' request is GRANTED.  Plaintiff's opening
18
    brief SHALL be filed on or before July 9, 2010.  Defendant's opposition, if any, shall be filed on or
19
    before August 10, 2010.
20
21
          IT IS SO ORDERED.
22
         Dated:    **June 4, 2010**          _____**/s/ Dennis L. Beck**_____
23                                           UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
                                       1