1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| JOSEPH MAHER, | ) | 1:09cv01887 DLB |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (Document 15) |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On August 23, 2010, the parties filed a stipulation and proposed order to allow Defendant an

17

extension of time to respond to Plaintiff's opening brief.  The parties' request is GRANTED.

18

Defendant's responsive brief shall be filed on or before September 13, 2010.

19
20

IT IS SO ORDERED.

21

      **Dated:**   **August 24, 2010**          _____ **/s/ Dennis L. Beck**_____

22

UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1